UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **SCOTT ROGERS**, on behalf of himself and all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>**CHW GROUP, INC. d/b/a CHOICE HOME WARRANTY,**<br><br>　　　　　　　Defendant. | Case No. 21-cv-226 |

## STIPULATION OF DISMISSAL

Plaintiff Scott Rogers, by and through his undersigned counsel, and Defendant CHW Group, Inc., by and through its undersigned counsel, pursuant to an agreement between the parties, hereby stipulate to the dismissal WITHOUT PREJUDICE of this action and the claims of Plaintiff Scott Rogers  As no class was certified, any putative class claims are dismissed without prejudice.

The Parties further stipulate that if this matter is not re-opened by either party within forty-five (45) days, it shall be converted to a dismissal WITH PREJUDICE.

| | |
|---|---|
| _/s/ Jeremy M. Glapion_ | _/s/ A. Paul Heeringa_ |
| Jeremy M. Glapion | A. Paul Heeringa |
| THE GLAPION LAW FIRM, LLC | MANATT, PHELPS & PHILLIPS, LLP |
| 1704 Maxwell Drive | 151 N. Franklin Street, Suite 2600 |
| Wall, New Jersey 07719 | Chicago, Illinois 60606 |
| (732) 455-9737 / (732) 709-5150 (Fax) | pheeringa@manatt.com |
| jmg@glapionlaw.com | Attorneys for Defendant |
| (*Pro Hac Vice*) | |

*Attorneys for Plaintiff*

Dated: April 25, 2022